**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1375**

VINITA JOHNSON,

             Plaintiff - Appellant,

        v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

             Defendant - Appellee,

        and

ERIN MCNEILL, Assistant Attorney General for Commonwealth of Virginia; JOHNSON CONTROLS CORPORATE OFFICE,

             Defendants.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Henry E. Hudson, Senior District Judge.  (3:16-cv-00923-HEH-DJN)

Submitted:  July 24, 2018                           Decided:  July 31, 2018

Before AGEE, FLOYD, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Vinita Johnson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Vinita Johnson appeals the district court's orders accepting the recommendations of the magistrate judge, granting Nancy A. Berryhill's motion for summary judgment, and dismissing Johnson's amended complaint as to the remaining Defendants. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Johnson v. Berryhill*, No. 3:16-cv-00923-HEH-DJN (E.D. Va. June 16, 2017; Sept. 28, 2017; Mar. 22, 2018). We deny Johnson's motions to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
